

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00259-CR

AARON CASS ALBRIGHT, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 74,736-E, Honorable Douglas R. Woodburn, Presiding

May 2, 2019

## MEMORANDUM OPINION

Before CAMPBELL and PIRTLE and PARKER, JJ.

Pending before the court is the motion of appellant Aaron Cass Albright to dismiss his appeal. Appellant and his attorney have signed the motion. TEX. R. APP. P. 42.2(a), 2. No decision of the court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

James T. Campbell
Justice

Do not publish.